# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-00143-CG |
| | ) | |
| ALFRED OMEGA FOSTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On March 9, 2013, Defendant, a felon, was found in a bedroom with a twelve gauge shotgun. Now he is charged with being a felon in possession of a firearm. At his trial, he plans to put on evidence that the shotgun wasn't his; he says it belongs to the owner of the home he was found in. As proof of that fact, Defendant plans to call as a witness the man who gave the shotgun to the homeowner.

The Government moves in limine to exclude that evidence because the gift of the shotgun occurred "five or six years ago" which makes it "too remote in time and not relevant." (Doc. 32 at 3.) The court disagrees. If the shotgun really did belong to the owner of the home Defendant was staying at, then the fact that Defendant was found in a bedroom with that gun looks quite a bit less damning. Accordingly, to the extent the Government moves to exclude evidence of the shotgun's prior ownership, the motion is **DENIED**.

The Government is correct to note, however, that Defendant's choice to put on that evidence puts the homeowner's status and practices as a gun

owner at issue.  Accordingly, to the extent the Government moves for leave to offer evidence of the other guns found in the house[1], the motion is **GRANTED**, and the Government may offer that evidence in order to give the jury "a complete picture of how [the Homeowner] . . . treated his firearms." (Doc. 32 at 4.)

**DONE** and **ORDERED** this 10th day of October, 2013.

/s/ Callie V. S. Granade
**UNITED STATES DISTRICT JUDGE**

---

[1] Judge Steele previously granted (Doc. 27) that part of the defendant's motion in limine (Doc. 15) which sought to exclude evidence of other firearms found in the house. Because this additional evidence concerning ownership of the gun in question has come to light, the relevance of the other firearms found in the house has become evident, and the court will permit evidence concerning those firearms.